# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,                    §
                                             §
    Plaintiff,                               §
                                             §
vs.                                          §          Case 25-CR-2872-SMD
                                             §
JESUS GILBERT LOPEZ, JR.,                    §
                                             §
    Defendant.                               §
                                             §

## ORDER

THIS MATTER, having come before the Court upon the defendant's unopposed motion to extend deadines, the Court now finds the motion is well taken and should be granted.  Now therefore,

IT IS HEREBY ORDRED, the deadlines imposed by D. N.M. LR-Cr. 32C are extended an additional thirty (30) days.

_____

UNITED STATES DISTRICT JUDGE

4#

#